Lita Beth Wright
Jaime B. Leggett
STORCH AMINI & MUNVES PC
2 Grand Central Tower
140 E. 45th Street, 25th Floor
New York, NY 10017
Telephone: (212) 490-4100
Facsimile: (212) 490-4208

Michael A. Ponto (admitted *pro hac vice*)
Emily E. Chow (admitted *pro hac vice*)
Kyle R. Hardwick (admitted *pro hac vice*)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Attorneys for Plaintiff Target Corporation*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TARGET CORPORATION,<br>a Minnesota corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>RICHRELEVANCE, INC.,<br>a Delaware corporation,<br><br>                    Defendant. | Civil Case No. 1:15-cv-06614-LGS |

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that upon the accompanying Statement of Undisputed Material

Facts pursuant to Local Rule 56.1, dated June 29, 2016; the Declaration of David Peterson,

sworn to June 29, 2016; the Declaration of Michael A. Ponto, sworn to on June 29, 2016 and the

1

exhibits annexed thereto; Target Corporation's Memorandum of Law, dated June 29, 2016; and upon all prior pleadings and papers filed in this action; Plaintiff Target Corporation, by its attorneys, Storch Amini & Munves PC and Faegre Baker Daniels LLP, will move this Court, before the Honorable Lorna G. Schofield, U.S. District Court, Southern District of New York, at the United States Courthouse, 40 Foley Square, New York, NY 10007 on a date and time to be determined by the Court, for an order pursuant to Fed. R. Civ. P. 56: (1) granting Target's motion for summary judgment in its entirety; (2) granting judgment to Target in the amount of $9,250,877.26; (3) awarding Target prejudgment interest as provided for by New York law; and (4) granting such other and further relief as the Court deems just and proper.

Dated: Minneapolis, Minnesota
            June 29, 2016

                        Respectfully submitted,

                        /s/ Michael A. Ponto
                        Michael A. Ponto, MN# 203944
                        Emily E. Chow, MN# 0388239
                        Kyle R. Hardwick, MN# 0395186
                        2200 Wells Fargo Center
                        90 South Seventh Street
                        Minneapolis, MN 55402-3901
                        Phone: (612) 766-7000
                        Fax: (612) 766-1600
                        E-mail: Michael.Ponto@FaegreBD.com
                        E-mail: Emily.Chow@FaegreBD.com
                        E-mail: Kyle.Hardwick@FaegreBD.com

                        Lita Beth Wright
                        Jaime B. Leggett
                        STORCH AMINI & MUNVES PC
                        2 Grand Central Tower
                        140 E. 45th Street, 25th Floor
                        New York, NY 10017
                        Telephone: (212) 490-4100
                        Fax: (212) 490-4208
                        E-mail: lbwright@samlegal.com
                        E-mail: jleggett@samlegal.com

                        *Attorneys for Plaintiff Target Corporation*

## CERTIFICATE OF SERVICE

I, Michael A. Ponto, hereby certify that on this 29th day of June, 2016, I caused the foregoing document to be served via the ECF system upon:

Michael T. Jones
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA 94025
Telephone: (650) 752-3100
Facsimile: (650) 853-1038
E-mail: mjones@goodwinprocter.com

and

Jeffrey A. Simes
Meghan K. Spillane
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8800
Facsimile: (212) 355-3333
E-mail: jsimes@goodwinprocter.com
E-mail: mspillane@goodwinprocter.com
*Attorneys for Defendant RichRelevance, Inc.*


/s/ Michael A. Ponto

Minneapolis, Minnesota
June 29, 2016


US.106931030.02